**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| CHAVAH MA'AT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 25-00200-KD-MU |
| | ) |
| EUGENE CHIP PARKER, *et al.*, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 13, 2026 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

Plaintiff filed a Motion for Temporary Restraining Order, (doc. 5). The Motion is **DENIED** for lack of Federal Jurisdiction.

**DONE** and **ORDERED** this **2nd** day of **March**, **2026**.

                                           **s/ Kristi K. DuBose**
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**